# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Foremost Insurance Company Grand Rapids, Michigan,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>Michael Ross,  )<br>)<br>Defendant.  ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br>Case No. 1:25-cv-263 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 15, 2026, at 9:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 29th day of January, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court